IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT C. JAMERSON,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>NEBRASKA DEPT. OF CORRECTIONS, SCOTT FRANKS, Dr.; and UNITED STATES DISTRICT COURTS OF APPEAL FOR THE DISTRICT OF NEBRASKA,<br><br>　　　　　　Respondents. | 4:22CV3220<br><br>**MEMORANDUM AND ORDER** |

　　　　Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 4; *see also* Filing No. 5. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 6), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

　　　　IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 4, is granted. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 18th day of October, 2022.

BY THE COURT:

*signature*

Joseph F. Bataillon
Senior United States District Judge