IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT C. JAMERSON,

        Petitioner,

vs.

DIANA SABATKA-RINE,

        Respondent.

4:22CV3220

**MEMORANDUM AND ORDER**

        This matter is before the Court on the Respondent's Status Report. Filing No. 19. Respondent advises the Court that, as of February 27, 2023, Petitioner Robert C. Jamerson has not pursued his state court remedies in either Case No. CR20-2790 or Case No. CR20-2789. Petitioner has not filed a written status report in accordance with the Court's February 9, 2023 Order, Filing No. 18. Because Petitioner has not pursued his state court remedies prior to the February 17, 2023 and February 22, 2023 deadlines set forth in the Court's previous Order, the Court will remove the stay imposed on February 2, 2023, and progress this matter to final resolution.

        IT IS THEREFORE ORDERED that:

        1. The stay imposed by this Court in its February 2, 2023 Memorandum and Order, Filing No. 16, as modified by its February 9, 2023 Order, Filing No. 18, is lifted, and this matter will proceed as set forth below.

        2. Respondent shall have until April 10, 2023 to file and serve either a motion for summary judgment or state court records in support of an answer. The matter shall proceed thereafter in accordance with the Court's January 9, 2023 Memorandum and Order, Filing No. 11.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **April 10, 2023**: deadline for Respondent to file state court records in support of answer or motion for summary judgment.

4. The Clerk of Court is directed to set a pro se case management deadline using the following text: **May 10, 2023**: check for Respondent's answer and separate brief.

Dated this 10th day of March, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge